**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **HEATHER BROCK** ) | |
| ) | **CHAPTER 13** |
| ) | **CASE NO. 23-90021** |
| **DEBTOR(S)**_____ ) | |

## MOTION FOR AUTHORITY TO INCUR POST-PETITION DEBT

Comes the Debtor, by counsel, and moves the Court for authority to borrow money. In support of the Motion, the Debtor submits the following information.

1. The Debtor wishes to borrow $17,419.70 at an interest rate of 18.00% to be used to purchase a 2019 Nissan Sentra.

2. The term of the loan is 72 months. The payment will be $423.10 monthly.

3. The loan will be financed by Avid Acceptance.

4. The Debtors current vehicle is not running, and she requires reliable transportation.

5. The Trustee consent is attached to this motion.

**WHEREFORE,** the Debtor, by counsel request authority to borrow the money set forth herein.

Respectfully submitted,

/s/ April D. Satow
Richard A. Schwartz
April D. Satow
Attorney for the Debtors
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205
(502) 485-9200
Rick@kslaws.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2023, a copy of the foregoing Motion for Authority to Incur was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph M. Black, Jr., Chapter 13 Trustee jmbecf@trustee13.com, jmbecf@blueriver.net

United States Trustee, Office of the United States Trustee ustpregion10.in.ecf@usdoj.gov

    I further certify that on December 4, 2023, a copy of the foregoing Motion for Authority to Incur was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Avid Acceptance
P.O. Box 734528
Dallas, TX 75373

                                            /s/ April D. Satow
                                            Richard A. Schwartz
                                            April D. Satow